UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CR38 CDP |
| | ) | |
| CARL WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

As discussed on the record at the hearing on June 17, 2009,

**IT IS HEREBY ORDERED** that the hearing on the petition for revocation of supervised release is continued generally, to be reset if necessary at a later date. The petition for revocation remains pending.

**IT IS FURTHER ORDERED** that defendant is ordered released from custody on June 18, 2009, assuming there are no outstanding warrants or other detainers, under the existing conditions of supervised release, with the additional conditions as set out in this order.

**IT IS FURTHER ORDERED** that defendant shall surrender to the United States Marshals Service in this building by **10:00 a.m. on Tuesday, June 23, 2009.** The United States Marshals Service shall transport defendant to the Southeast Missouri Treatment Center in Farmington, Mo.

**IT IS FURTHER ORDERED** that defendant shall enter, participate in all programs, and successfully complete the program of the Southeast Missouri Treatment Center for a period of up to 120 days, at the direction of the Probation Officer. The Probation Officer shall provide a status report to the court at the conclusion of this period.

**IT IS FURTHER ORDERED** that during the period that defendant is released from custody but before he surrenders to the Marshals Service for entry into the re-entry center, he must reside with Charles Chambers at the address approved by the Probation Officer; he must report daily to the Probation Officer in the manner she directs; and he shall not associate in any way with Charlene Webster, nor shall he have any contact – in person or by telephone – with Charlene Webster or her family without the prior approval of the Probation Officer.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2009.